**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JAMES KNIGHT, | : | |
| | | Civil Action No. 12-7670 (RMB) |
| Petitioner, | : | |
| | | |
| v. | : | **OPINION** |
| | | |
| CHARLES WARREN, et al., | : | |
| | | |
| Respondents. | : | |

**APPEARANCES:**

    **JAMES KNIGHT**, Petitioner Pro Se
    #434763/172057C
    N.J.S.P.
    P.O. Box 861
    Trenton, NJ 08625

**BUMB**, District Judge

This matter comes before the Court on Petitioner James Knight's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, in which he is challenging his 2002 New Jersey state court conviction and sentence. It appearing that:

1. On April 10, 2013, this Court ordered Petitioner to show cause, in writing within thirty days, as to why his habeas petition should not be dismissed as time-barred. (Docket entry no. 7.)

2. As discussed fully in this Court's opinion which accompanied the order to show cause, it appears that the Petition is time-barred. (See docket entry no. 6.)

3. Petitioner did not respond to provide this Court any facts to indicate that the Petition was filed within the one-year limitations period under 28 U.S.C. § 2244(d)(2) or that the Petition can overcome the statutory time-bar due to equitable tolling.

4. Accordingly, the Petition will be dismissed as time-barred. The Court will enter an appropriate order and judgment.

s/Renée Marie Bumb
Renée Marie Bumb
United States District Judge

Dated: May 29, 2013